IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

NO. 3:06-CV-244-W

| | | |
|---|---|---|
| EDWARD KERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Harris Teeter, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER comes before the Court upon being advised that the parties have settled all matters in controversy through mediation (Doc. No. 27). Therefore this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within thirty (30) days hereof. The parties are directed to file their Stipulation of Dismissal on or before <u>January 19, 2006</u>.

IT IS SO ORDERED.

Signed: December 20, 2006

Frank D. Whitney
United States District Judge